IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

RECEIVED
JUL - 7 2026
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

I, David WarrenHoffman
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 732896

vs.

1:26CV656

Warden, Southern Ohio Correction facility
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

J. McFARLAND
Magistrate Judge Shimeall

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

## COMPLAINT

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

David Andrew Warrenhoffman
NAME - FULL NAME PLEASE - PRINT

Po Box 45699
ADDRESS: STREET, CITY, STATE AND ZIP CODE

Lucasville, OH 45699

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO ( )

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

______________________________

______________________________

______________________________

DEFENDANTS:

______________________________

______________________________

______________________________

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

______________________________

3. DOCKET NUMBER

______________________________

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

______________________________

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

______________________________

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

______________________________

7. APPROXIMATE DATE OF THE DISPOSITION

______________________________

PLACE OF PRESENT CONFINEMENT

______________________________________________

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

filed papper kite this mont To Investigator and Inspector

2. WHAT WAS THE RESULT?

No Reply Back

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

______________________________________________

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

______________________________________________

2. WHAT WAS THE RESULT?

______________________________________________

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Warden, Southern Ohio Correction Facility
NAMES - FULL NAME PLEASE
Po Box 45699 Lucasville, OH 45699
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. ______

3. ______

4. ______

5. ______

6. ______

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

# Brief



I was granted In United States District Court In 2024 David warrenhuffman vs Southern Ohio Correction facility Warden. I didn't get pack up to have access to tablet or papperwork To exactly have Case Number for it but (ground 5) failure to Consult Client and go over Evidence, violation of Sixth Amendment right was granted on the Criminal side of District Courts but Relief was not able to be granted because it lacked jurisdiction.

Now I move the courts under propor jurisdiction in Civil suite for the violation of my civil right, Also To courts granted The violation of my sixth Amendment right under Fed. Civ. P. 15(A)(1). Im Moveing Court to grant Relief in civil rights. The Negative DNA Test Excluding david Warrenhuffman was included in Case Number 1:26-CV-00325. I have 8 months until Release from prison. Im Not trying to Skem or get over your honor Im Exhausted all the 10years from free government programs and Court fees in civil suite and geting Denied Im tired but im a fighter I whouldnt or anybody else with a guilty conscious that know there wrong A consitently Say and aleast Repeat the Same Story over and over a liar or manipulator a Keep fighting for ever but the diffrence is each time they file they a change they story up every time A person lieing wont Keep same Story. Also Im Proffessional Boxer free and Accepted York rite Mason since I was raised from A dead level to liveing perpendicular on The square, your honor im Not a lawyer so excuse me for my Ignorance of laws

Also the 2nd shift Regular mainly been breaking Civil Rights Also I tried write dates Down Also for Courts to review on page 3.

In or Around 2015 David warren huffman 14th Amendment constitutional rights was violated in a wrongful Arrest by Springfield Township Police Department for Murder, Felonious Assault, Gun specification and Robbery. I had No clue about, I had a Job at pierre food and sighned boxing deal with world class boxing and was enrolled at ITT carrer Tech and had A court date scheduled at juvenille courts 800 broadway for my juvenile Record to be expunge In order for me to Enlisted in U.S. Military and missed out on all that fighting the murder charge in county jail the courts Can See on the Hamilton County clerk of courts website. The officer arrested me with No Evidence the courts dismissed the case because they said the officers Never presented any evidence and didn't Know I was siting in jail 1 whole year. The police violated even rights where the Judge had to Suppress evidence because it was illegally attained. It Destroyed my life and Carrer since I Never been in trouble as an adult. there was No probable Cause for Arresting me or evidence. I Just magically woke up in jail for no reason, I feel Court system was more Bias for my Criminal charge where It was unfair Because of that case. I have right to life, liberty, and pursuit of happiness I already under cruel and unusual punishment in prison to have access to documents but the Hamilton County clerk of courts website whether under David warren huffman or They misspell sometimes as David Warren Huffman but same Social Security # 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

[redacted]



I was asking the courts to review Cameres since I was In R.H. from finish in light of prision conditions unusual Cruel punishment. The date I attempted to Keep Note: May 23 I was sent to K2 Slammer cells Bottom Range C.O.'s Refused to pick up trays and give Showers, fungus, Bacteria grown in cells from food. I was Moved once put in medical Kite without ever seeing Medical too otherside of K2. June 8 Correctional officers Refused to pick up mail or push mail cart, Refused Showers and phone call on weekend and Kite Tablets to file Grievance So I had to use papper Kites 2nd shift and some 1st shift C.O. Wont listen or do anything. In K2 Slammer when I was there They Maced Inmate 2X while doing there Round without Calling it in, I lost Date, time, and Inmate info.

Jun 9 Shows Diffrence when off brand C.O. work and does there Job routinely and gives everyone showers, Sometime they walk pass act like they doing job but when inmates say they want showers they Keep walking and Ignore them to make it look good for Camera. Jun 8 upon getting out shower Correctional officer made comment asking me about how 2nd shift regular have not been doing there job and how inmate on otherside of K2 ~~have not been doing there job and how inmate on otherside~~ have been getting Cruel treatment I told him it takes C.O.'s that not regular for them to do there job and that I was filing a civil suite because it.

Jun 12 C.O.'s Drag wrong inmate out cell for breaking Tablet 2nd shift

Jun 10 I waved hands 3rd shift In front camera for them Not collecting mail. Its Everyday thing but as far as Notes I Kept in refrence of violation of 14th Amendment right and prison condition for unusual cruel punishment Inmate Mashing trays under doors In slammer cell that not fit for objects to go under leaving food from them Not collecting it or picking up collecting mail so if a legal deadline was to be met A person A lose it. If you see camera as of Jun 15 2026 I have to give mail to case Manager just for it to get mailed out on 1st shift luckily he nice enough to do it some Case Manager a say NO because its Not there job. I'm asking Cort to review, Investigate Camera and All the violations mainly when 2nd shift Regular are working and im thinking A filing A Criminal complaint for Not Collecting our Mail which is federal, Mon June 2026 I went to get legal mail and the legal mail guy let me Know Correctional officers Regulars lied and said I was at the Informary Medical and chouldnt get mail when I was actually in my cell on that Thursday when he came violating federal Law messing with My Mail again, an inmate complained how officers 2nd shift Didnt collect mail to be sent out Monday June 22. Thursday Prior week shows off brand C.O. push mail cart to collect mail Normal procedure June 18. Then June 26 shows mail Not collected on camera or officer ~~[illegible]~~ and spraying Inmate in shower on other side of K2 Jun 22 Nor was laundry sent out as was suppose To after collected. June 23 C.O. Took Inmate Blankets and left with none 2nd Shift -

## STATEMENT OF CLAIM

**PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.**

**DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.**

**IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.**

6th Amendment right was granted for violation in United States District Court Daniel Warren Hoffman VS Warden Southern Ohio [illegible] Correction facility Ground(S) Failure to Consult Client and go over Evidence under fed R. Civ. P. 15(A)(1) Before Trial and 14th Amendment right, Also The Correctional officers on the Dates in Brief Violated civil rights for cruel and unusal punishment under 14th Amendment.

Also the deadline for defendant to respond was June 26, 2026 and they still have not respond violating 14th Amendment Also for case in US District Appeal Court Case # 26-3409

Wrongful Arrest around 2014-2015 for Murder, Agg-Robbery, Gun specification, Arrested without probabel cause or any evidence, Judge dismissed Case because there was no reason for me being in jail, also police [illegible] Illegally Attained Evidence, The Judge Suppressed because of, Derek Gustofon was my Attorney who did all papper work at time

**RELIEF**

**IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.**

I Move Court for $40,000,000 for violation of Constitutional rights

**SIGNED THIS** 6 **DAY OF** 26 **20**26.

[signature]

**SIGNATURE OF PLAINTIFF**